**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL EFRAIN PUCHA-MALDONADO,<br><br>                                   Petitioner,<br><br>v.<br><br>TODD BLANCHE, Acting Attorney General of the United States of America, et. al.<br><br>                                   Respondents. | Case No.:  26-cv-3949-BJC-SBC<br><br>**ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

On July 9, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  The Court adopts the Standard Procedures setting a briefing schedule for this Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated:  July 10, 2026

_Bryan Cheeks_

Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-3949-BJC-SBC